UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE ) | CHAPTER 7 | |
| ) | | |
| GARY R. DANIELS ) | CASE NO. 06-11210 | |
| SUSAN D. DANIELS, ) | | |
| Debtors ) | Hon. Jacqueline P. Cox | |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:    U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 619, Chicago, Illinois 60604

    On: **November 28, 2007**           Time: **9:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                                    $28,509.78

    Disbursements                                                               $425.50

    Net Cash Available for Distribution                                        $28,084.28

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| GREGG SZILAGYI<br>Trustee | $0.00 | $3,600.98 | $0.00 |
| POPOWCER KATTEN LTD.<br>Accountant for Trustee (Other Firm) | $0.00 | $780.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| N/A | | | |

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

7.  Claims of general unsecured creditors totaling $118,848.01 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 19.94%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 5 | Chase Bank USA, N.A. | 5,640.23 | 1,252.03 |
| 8 | Chase Bank USA, N.A. | 11,318.76 | 2,512.56 |
| 6 | Chase Bank USA, N.A. | 28,440.54 | 6,313.30 |
| 7 | Chase Bank USA, N.A. | 32,189.30 | 7,145.46 |
| 4 | Citibank (South Dakota) NA | 9,282.16 | 2,060.47 |
| 3 | Citizens Bank | 10,803.25 | 2,398.13 |
| 1 | Discover Bank/Discover Financial Services | 6,706.39 | 1,488.70 |
| 2 | Discover Bank/Discover Financial Services | 2,399.52 | 532.65 |
| 9 | Bank Of America (Tardy) | 12,067.86 | 0.00 |

8.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.  Debtor (has or has not) been discharged.

11.  The Trustee proposes to abandon the following exempt or encumbered property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| REAL ESTATE -- RESIDENCE 3350 CARRIAGE WAY | 204,000.00 |
| WEARING APPAREL | 800.00 |
| HOUSEHOLD GOODS AND FURNISHINGS | 1,500.00 |
| CHECKING, SAVINGS, ETC. -- CHASE | 32.00 |
| MISC. COSTUME JEWELRY | 150.00 |
| AUTOMOBILE -- 01 HONDA CIVIC | 5,595.00 |
| BOOKS, ART OBJECTS, COLLECTIBLES | 300.00 |
| CHECKING, SAVINGS, ETC. - LASALLE BANK | 4,000.00 |

Dated: **October 25, 2007**                                            For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

| | |
|---|---|
| Trustee: | Gregg Szilagyi |
| Address: | One South Wacker Drive |
| | Chicago, Illinois 60606 |
| Phone No.: | (312) 634-4748 |

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1               User: amcc7                  Page 1 of 1                Date Rcvd: Oct 25, 2007
Case: 06-11210                     Form ID: pdf002              Total Served: 28

The following entities were served by first class mail on Oct 27, 2007.
 db           +Gary R Daniels,    3350 Carriage Way Dr, Apt 107,    Arlington Heights, IL 60004-1545
 jdb          +Susan D Daniels,   3350 Carriage Way Dr, Apt 107,    Arlington Heights, IL 60004-1545
 aty          +Gregg Szilagyi, Esq,    One South Wacker Drive,    Suite 800,    Chicago, IL 60606-4650
 aty          +John P Carlin,    Legal Helpers,    20 West Kinzie,    Chicago, IL 60610-7065
 tr           +Gregg Szilagyi,    Tailwind Services LLC,    One South Wacker Drive,    Suite 800,
                Chicago, IL 60606-4650
10905072      +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
10905073      +Att&t Universal/ Citibank,    Po Box 6241,    Sioux Falls, SD 57117-6241
10905074       Bank Of America,    Attn: Mr. M-BK,    POB 53160,    Phoenix, AZ 85072-3160
10905075      +Capital 1 Bk,    11013 W Broad St,    Glen Allen, VA 23060-5937
10905076      +Catherine/tape Report,    1103 Allen Dr,    Milford, OH 45150-8763
10905077      +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
11090839       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
10905078      +Chase Manhattan Mtg,    3415 Vision Dr,    Columbus, OH 43219-6009
11042367       Citibank (South Dakota) NA,    Exception Payment Processing,    POB 6305,    The Lake, NV 88901-6305
10969576      +Citizens Bank,    1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
10905080      +Discover Financial Ser,    Po Box 5005,    Sioux Falls, SD 57117-5005
10905070      +Gary R Daniels,    Susan D Daniels,    3350 Carriage Way Dr, Apt 107,
                Arlington Heights, IL 60004-1545
10905071      +John P. Carlin,    Legal Helpers, PC,    20 W. Kinzie,    13th Floor,    Chicago, IL 60610-6392
10905081      +Kohls/chase,    N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
10905082      +Monogram Bank N America,    Po Box 17054,    Wilmington, DE 19884-0001
10905083      +National City Bank,    150 Allegheny Center Mal,    Pittsburgh, PA 15212-5335
10905085      +Rbs Nb Cc,    1000 Lafayette Blvd,    Bridgeport, CT 06604-4725
10905086     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: Us Bank,    Po Box 5227,    Cincinnati, OH 45201)
10905087       Washington Mutual,    Po Box 1093,    Northridge, CA 91328
10905088      +Washington Mutual Bank,    Po Box 44118,    Jacksonville, FL 32231-4118

The following entities were served by electronic transmission on Oct 26, 2007.
10905074       E-mail/PDF: bankofamerica2ebn@americaninfosource.com Oct 26 2007 02:48:52     Bank Of America,
                Attn: Mr. M-BK,    POB 53160,    Phoenix, AZ 85072-3160
10961742      +E-mail/PDF: mrdiscen@discoverfinancial.com Oct 26 2007 02:51:36
                DISCOVER BANK/DISCOVER FINANCIAL SERVICES,    PO BOX 3025,    NEW ALBANY OH 43054-3025
10905079       E-mail/PDF: mrdiscen@discoverfinancial.com Oct 26 2007 02:51:36     Discover Fin,    Pob 15316,
                Wilmington, DE 19850
10905084      +E-mail/PDF: bnc@nordstrom.com Oct 26 2007 02:48:09     Nordstrom Fsb,    Po Box 6565,
                Englewood, CO 80155-6565
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11042368       Citibank (South Dakota) NA,    Exception Payment Processing,    POB 6305,    The Lake,
                                                                                             TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 27, 2007**             **Signature:** _Joseph Speetjens_