**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| GARY R DANIELS, | ) | CASE NO. 06-11210 |
| SUSAN D DANIELS, | ) | |
| Debtors | ) | Hon. JACQUELINE P. COX |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION**
**TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

TO: THE HONORABLE JACQUELINE P. COX
BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, a copy of which is attached as Exhibit "A".

All checks have been cashed. Evidence of canceled checks and the final bank statement reflecting a balance of zero for this estate are attached as Group Exhibit "B."

The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.

April 1, 2008
DATE

Gregg Szilagyi
TRUSTEE

Gregg Szilagyi
One South Wacker Drive
Chicago, Illinois 60606
(312) 634-4748

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| GARY R DANIELS, | ) | CASE NO. 06-11210 |
| SUSAN D DANIELS, | ) | |
| Debtors. | ) | Hon. Jacqueline P. Cox |

**DISTRIBUTION REPORT**

I, Gregg Szilagyi, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $4,380.98 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(1)-(a)(7),507(a)(9)-(a)(10)): | $0.00 |
| Secured Claims: | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $23,721.19 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $28,102.17 |

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $ 4,380.98 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | GREGG SZILAGYI, Trustee Compensation | $3,600.98 | $3,600.98 |
| | GREGG SZILAGYI, Trustee Expenses | $0.00 | $0.00 |
| | POPOWCER KATTEN LTD., Accountant for Trustee Fees (Other Firm) | $780.00 | $780.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) – Domestic Support Obligations | $ 0.00 | |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|

| | | |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,225 | $ 0.00 | |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|

| | | |
|---|---|---|
| §507(a)(10) – Death & Personal Injury Claims for DUI | $ 0.00 | |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $ 106,780.15 | 22.21 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 5 | Chase Bank USA, N.A., General Unsecured 726(a)(2) | $5,640.23 | $1,252.98 |
| 8 | Chase Bank USA, N.A., General Unsecured 726(a)(2) | $11,318.76 | $2,514.46 |
| 7 | Chase Bank USA, N.A., General Unsecured 726(a)(2) | $32,189.30 | $7,150.85 |
| 6 | Chase Bank USA, N.A., General Unsecured 726(a)(2) | $28,440.54 | $6,318.06 |
| 4 | Citibank (South Dakota) NA, General Unsecured 726(a)(2) | $9,282.16 | $2,062.03 |
| 3 | Citizens Bank, General Unsecured 726(a)(2) | $10,803.25 | $2,399.94 |
| 1 | Discover Bank/Discover Financial Services, General Unsecured 726(a)(2) | $6,706.39 | $1,489.82 |
| 2 | Discover Bank/Discover Financial Services, General Unsecured 726(a)(2) | $2,399.52 | $533.05 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 12,067.86 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 9 | Bank Of America, Tardy General Unsecured 726(a)(3) | $12,067.86 | $0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED November 28, 2007

/s/ Gregg Szilagyi
**Gregg Szilagyi**, Trustee

Gregg Szilagyi (ARDC # 6198555)
One South Wacker Drive
Suite 800
Chicago, Illinois 60606
Telephone: (312) 634-4748
Facsimile: (312) 634-5520

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| GARY R DANIELS | ) | CASE NO. 06-11210 |
| SUSAN D DANIELS, | ) | |
| Debtors | ) | Hon. Jacqueline P. Cox |

**ORDER AWARDING COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS **HEREBY ORDERED** that the Trustee's compensation and expenses are allowed as follows;

| | | |
|---|---|---|
| 1. | Trustee's compensation | $3,600.98 |
| 2. | Trustee's expenses | $0.00 |
| | **TOTAL** | $3,600.98 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

NOV 28 2007

ENTERED: Jacqueline P. Cox

By: J. Cox
United States Bankruptcy Judge

*Order Prepared by*:

Gregg Szilagyi (ARDC #6198555)
One South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 634-4748
Facsimile: (312) 634-5520

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: GARY & SUSAN DANIELS | ) | CASE NO. 06 B 11210 |
| | ) | |
| | ) | CHAPTER 7 CASE |
| DEBTORS | ) | |
| | ) | HON. JACQUELINE P. COX |
| | ) | |

**ORDER APPROVING COMPENSATION OF TRUSTEE'S ACCOUNTANT**

THIS CAUSE coming to be heard on the Application of Trustee's Accountant for Allowance of Final Compensation and Reimbursement of Expenses ("Application");

IT APPEARING to the Court that payment of fees and reimbursement of costs requested herein is appropriate, and that the fees and expense reimbursements requested are reasonable, and notice of the Application having been duly given and no objection being heard, and therefore

IT IS HEREBY ORDERED:

A. The Application is granted.

B. Popowcer Katten, Ltd. is awarded final compensation for the period October 8, 2007 through October 9, 2007 in the amount of $780.00 and reimbursement of expenses in the amount of $0.00.

C. The Trustee is authorized to pay such amounts forthwith from funds in the bankruptcy estate as an administrative expense of the estate pursuant to section 507(a)(l) of the Bankruptcy Code.

NOV 28 2007

BY THE COURT: Jacqueline P. Cox

J. Cox

U.S. BANKRUPTCY JUDGE

# EXHIBIT B

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 06-11210
Case Name: GARY R DANIELS
SUSAN D DANIELS
Taxpayer ID No: XX-XXX0461
For Period Ending: 12/31/2007

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX4190 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/12/2006 | 1 | DANIELS, GARY R<br>3350 CARRIAGE WAY DR, APT 107<br>ARLINGTON HEIGHTS, IL 60004 | LIQUIDATION OF ACCOUNT | 1129-000 | 16,739.00 | | 16,739.00 |
| 10/31/2006 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 7.31 | | 16,746.31 |
| 11/29/2006 | 8 | DANIELS, GARY R | | 1129-000 | 4,297.52 | | 21,043.83 |
| 11/30/2006 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 13.76 | | 21,057.59 |
| 12/29/2006 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 17.86 | | 21,075.45 |
| 1/31/2007 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 17.90 | | 21,093.35 |
| 2/28/2007 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 16.18 | | 21,109.53 |
| 3/15/2007 | 001000 | INTERNATIONAL SURETIES LTD<br>SUITE 500<br>203 CARONDELET STREET<br>NEW ORLEANS, LA 70130 | | 2300-000 | | 28.71 | 21,080.82 |
| 3/30/2007 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 17.91 | | 21,098.73 |
| 4/12/2007 | 9 | AMERICAN AUCTION ASSOCIATES<br>8515 S. THOMAS AVE<br>BRIDGEVIEW, IL 60455 | PROCEEDS FROM AUTO SALE | 1129-000 | 7,250.00 | | 28,348.73 |
| 4/12/2007 | | Transfer to Acct#XXXXXX1119 | Transfer of Funds | 9999-000 | | 400.00 | 27,948.73 |
| 4/30/2007 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 20.11 | | 27,968.84 |
| 5/31/2007 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 23.75 | | 27,992.59 |
| 6/29/2007 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 23.00 | | 28,015.59 |
| 7/31/2007 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 23.80 | | 28,039.39 |
| 8/31/2007 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 23.81 | | 28,063.20 |

Page Subtotals 28,491.91 428.71

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 06-11210
Case Name: GARY R DANIELS
SUSAN D DANIELS
Taxpayer ID No: XX-XXX0461
For Period Ending: 12/31/2007

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX4190 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 9/28/2007 | INT | Bank of America | Interest Rate 0.750 | 1270-000 | 17.87 | | 28,081.07 |
| 10/31/2007 | INT | Bank of America | Interest Rate 0.750 | 1270-000 | 17.89 | | 28,098.96 |
| 11/28/2007 | | Transfer to Acct#XXXXXX1119 | Transfer of Funds | 9999-000 | | 28,098.96 | 0.00 |
| 11/30/2007 | INT | Bank of America | Interest Rate 0.650 | 1270-000 | 13.51 | | 13.51 |
| 12/31/2007 | INT | Bank of America | Interest Rate 0.500 | 1270-000 | 0.01 | | 13.52 |

| | Deposits ($) | Disbursements ($) | Balance ($) |
|---|---|---|---|
| COLUMN TOTALS | 28,541.19 | 28,527.67 | 13.52 |
| Less: Bank Transfers/CD's | 0.00 | 28,498.96 | |
| Subtotal | 28,541.19 | 28.71 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 28,541.19 | 28.71 | |

| | Deposits ($) | Disbursements ($) |
|---|---|---|
| Page Subtotals | 49.28 | 28,098.96 |

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 06-11210
Case Name: GARY R DANIELS
SUSAN D DANIELS
Taxpayer ID No: XX-XXX0461
For Period Ending: 12/31/2007

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX1119 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 4/12/2007 | | Transfer from Acct#XXXXXX4190 | Transfer of Funds | 9999-000 | 400.00 | | 400.00 |
| 4/12/2007 | 002001 | AMERICAN AUCTION ASSOCIATES<br>8515 S. THOMAS AVE<br>BRIDGEVIEW, IL 60455 | INVOICE FOR COMMISSION AND EXPENSES FOR SALE OF 2003 HONDA CIVIC | 3630-000 | | 396.79 | 3.21 |
| 11/28/2007 | | Transfer from Acct#XXXXXX4190 | Transfer of Funds | 9999-000 | 28,098.96 | | 28,102.17 |
| 11/28/2007 | 002011 | Chase Bank USA, N.A.<br>Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Stop Payment Acceptance Posted Manually | 7100-900 | | -7,150.32 | 35,252.49 |
| 11/28/2007 | 002010 | Chase Bank USA, N.A.<br>Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Stop Payment Acceptance Posted Manually | 7100-900 | | -6,317.58 | 41,570.07 |
| 11/28/2007 | 002009 | Chase Bank USA, N.A.<br>Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Stop Payment Acceptance Posted Manually | 7100-900 | | -2,514.27 | 44,084.34 |
| 11/28/2007 | 002008 | Chase Bank USA, N.A.<br>Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Stop Payment Acceptance Posted Manually | 7100-900 | | -1,252.88 | 45,337.22 |
| 11/28/2007 | 002007 | Citibank (South Dakota) NA<br>Exception Payment Processing<br>POB 6305<br>The Lake, | Stop Payment Acceptance Posted Manually | 7100-900 | | -2,061.87 | 47,399.09 |
| 11/28/2007 | 002006 | Discover Bank/Discover Financial Services<br>PO Box 3025<br>New Albany OH 43054 | Stop Payment Acceptance Posted Manually | 7100-900 | | -533.01 | 47,932.10 |
| | | | Page Subtotals | | 28,498.96 | -19,433.14 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 06-11210
Case Name: GARY R DANIELS
SUSAN D DANIELS
Taxpayer ID No: XX-XXX0461
For Period Ending: 12/31/2007

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX1119 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/28/2007 | 002005 | Discover Bank/Discover Financial Services<br>PO Box 3025<br>New Albany OH 43054 | Stop Payment Acceptance Posted Manually | 7100-900 | | -1,489.71 | 49,421.81 |
| 11/28/2007 | 002004 | Citizens Bank<br>1000 Lafayette Blvd<br>Bridgeport, CT 06604 | Stop Payment Acceptance Posted Manually | 7100-900 | | -2,399.76 | 51,821.57 |
| 11/28/2007 | 002003 | POPOWCER KATTEN LTD.<br>35 EAST WACKER DRIVE<br>CHCIAGO, ILLINOIS 60601 | Stop Payment Acceptance Posted Manually | 3410-000 | | -780.00 | 52,601.57 |
| 11/28/2007 | 002002 | GREGG SZILAGYI<br>One South Wacker Drive<br>Chicago, Illinois 60606 | Stop Payment Acceptance Posted Manually | 2100-000 | | -3,602.77 | 56,204.34 |
| 11/28/2007 | 002002 | GREGG SZILAGYI<br>One South Wacker Drive<br>Chicago, Illinois 60606 | (Final distribution to Claim (no claim number), representing a Payment of per court order.) | 2100-000 | | 3,602.77 | 52,601.57 |
| 11/28/2007 | 002003 | POPOWCER KATTEN LTD.<br>35 EAST WACKER DRIVE<br>CHCIAGO, ILLINOIS 60601 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 3410-000 | | 780.00 | 51,821.57 |
| 11/28/2007 | 002004 | Citizens Bank<br>1000 Lafayette Blvd<br>Bridgeport, CT 06604 | (Final distribution to Claim 3, representing a Payment of 22.21% per court order.) | 7100-900 | | 2,399.76 | 49,421.81 |
| 11/28/2007 | 002005 | Discover Bank/Discover Financial Services<br>PO Box 3025<br>New Albany OH 43054 | (Final distribution to Claim 1, representing a Payment of 22.21% per court order.) | 7100-900 | | 1,489.71 | 47,932.10 |
| | | | Page Subtotals | | 0.00 | 0.00 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 06-11210
Case Name: GARY R DANIELS
SUSAN D DANIELS
Taxpayer ID No: XX-XXX0461
For Period Ending: 12/31/2007

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX1119 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/28/2007 | 002006 | Discover Bank/Discover Financial Services<br>PO Box 3025<br>New Albany OH 43054 | (Final distribution to Claim 2, representing a Payment of 22.21% per court order.) | 7100-900 | | 533.01 | 47,399.09 |
| 11/28/2007 | 002007 | Citibank (South Dakota) NA<br>Exception Payment Processing<br>POB 6305<br>The Lake, | (Final distribution to Claim 4, representing a Payment of 22.21% per court order.) | 7100-900 | | 2,061.87 | 45,337.22 |
| 11/28/2007 | 002008 | Chase Bank USA, N.A.<br>Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | (Final distribution to Claim 5, representing a Payment of 22.21% per court order.) | 7100-900 | | 1,252.88 | 44,084.34 |
| 11/28/2007 | 002009 | Chase Bank USA, N.A.<br>Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | (Final distribution to Claim 8, representing a Payment of 22.21% per court order.) | 7100-900 | | 2,514.27 | 41,570.07 |
| 11/28/2007 | 002010 | Chase Bank USA, N.A.<br>Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | (Final distribution to Claim 6, representing a Payment of 22.21% per court order.) | 7100-900 | | 6,317.58 | 35,252.49 |
| 11/28/2007 | 002011 | Chase Bank USA, N.A.<br>Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | (Final distribution to Claim 7, representing a Payment of 22.21% per court order.) | 7100-900 | | 7,150.32 | 28,102.17 |
| 11/28/2007 | 002012 | GREGG SZILAGYI<br>One South Wacker Drive<br>Chicago, Illinois 60606 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 2100-000 | | 3,600.98 | 24,501.19 |
| | | | Page Subtotals | | 0.00 | 23,430.91 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 06-11210
Case Name: GARY R DANIELS
SUSAN D DANIELS
Taxpayer ID No: XX-XXX0461
For Period Ending: 12/31/2007

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX1119 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/28/2007 | 002013 | POPOWCER KATTEN LTD.<br>35 EAST WACKER DRIVE<br>CHCIAGO, ILLINOIS 60601 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 3410-000 | | 780.00 | 23,721.19 |
| 11/28/2007 | 002014 | Citizens Bank<br>1000 Lafayette Blvd<br>Bridgeport, CT 06604 | (Final distribution to Claim 3, representing a Payment of 22.21% per court order.) | 7100-900 | | 2,399.94 | 21,321.25 |
| 11/28/2007 | 002015 | Discover Bank/Discover Financial Services<br>PO Box 3025<br>New Albany OH 43054 | (Final distribution to Claim 1, representing a Payment of 22.21% per court order.) | 7100-900 | | 1,489.82 | 19,831.43 |
| 11/28/2007 | 002016 | Discover Bank/Discover Financial Services<br>PO Box 3025<br>New Albany OH 43054 | (Final distribution to Claim 2, representing a Payment of 22.21% per court order.) | 7100-900 | | 533.05 | 19,298.38 |
| 11/28/2007 | 002017 | Citibank (South Dakota) NA<br>Exception Payment Processing<br>POB 6305<br>The Lake, | (Final distribution to Claim 4, representing a Payment of 22.21% per court order.) | 7100-900 | | 2,062.03 | 17,236.35 |
| 11/28/2007 | 002018 | Chase Bank USA, N.A.<br>Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | (Final distribution to Claim 5, representing a Payment of 22.22% per court order.) | 7100-900 | | 1,252.98 | 15,983.37 |
| 11/28/2007 | 002019 | Chase Bank USA, N.A.<br>Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | (Final distribution to Claim 8, representing a Payment of 22.21% per court order.) | 7100-900 | | 2,514.46 | 13,468.91 |
| 11/28/2007 | 002020 | Chase Bank USA, N.A.<br>Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | (Final distribution to Claim 6, representing a Payment of 22.21% per court order.) | 7100-900 | | 6,318.06 | 7,150.85 |
| | | | Page Subtotals | | 0.00 | 17,350.34 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 06-11210
Case Name: GARY R DANIELS
SUSAN D DANIELS
Taxpayer ID No: XX-XXX0461
For Period Ending: 12/31/2007

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX1119 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/28/2007 | 002021 | Chase Bank USA, N.A.<br>Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | (Final distribution to Claim 7, representing a Payment of 22.21% per court order.) | 7100-900 | | 7,150.85 | 0.00 |

| | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
|---|---|---|---|
| COLUMN TOTALS | 28,498.96 | 28,498.96 | 0.00 |
| Less: Bank Transfers/CD's | 28,498.96 | 0.00 | |
| Subtotal | 0.00 | 28,498.96 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 0.00 | 28,498.96 | |

| TOTAL OF ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET ACCOUNT - XXXXXX4190 | 28,541.19 | 28.71 | 13.52 |
| CHECKING ACCOUNT - XXXXXX1119 | 0.00 | 28,498.96 | 0.00 |
| | 28,541.19 | 28,527.67 | 13.52 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | Deposits ($) | Disbursements ($) |
|---|---|---|
| Page Subtotals | 0.00 | 7,150.85 |

Bank of America

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS 75283-2406

Account Number 4428951119
01 01 148 06 M0000 E# 0
Last Statement: 12/31/2007
This Statement: 01/31/2008

ESTATE OF
DANIELS, GARY R, DEBTOR
DANIELS, SUSAN D, DEBTOR
GREGG SZILAGYI - TRUSTEE
06-11210
C/O GLOBAL GOVERNMENT BANKING
***** TX1-492-08-16 *****

**Customer Service**
1-877-757-8233

Page 1 of 2

Bankruptcy Case Number:0611210

# SPECIAL MARKETS CHECKING ACCOUNT

**Account Summary Information**

Statement Period 01/01/2008 - 01/31/2008
Number of Deposits/Credits 0
Number of Checks 0
Number of Other Debits 0

Number of Enclosures 0

Statement Beginning Balance .0
Amount of Deposits/Credits .0
Amount of Checks .0
Amount of Other Debits .0
Statement Ending Balance .0

Service Charge .0

**Daily Balances**

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balan |
|---|---|---|---|---|---|
| 12/31 | .00 | .00 | 01/31 | .00 | . |